# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

one 1986 Chevrolet Suburban,
California license plate 3ROH824

SEARCH WARRANT

FILED

'08 MJ 0954

CASE NUMBER:

U.S. DISTRICT COURT
SOUTHERN DIST. OF CALIFORNIA

DEPUTY

TO: Special Agent Matthew W. Beals and any Authorized Officer of the United States

Affidavit having been made before me by Matthew W. Beals, who has reason to believe that on the premises known as:

**one 1986 Chevrolet Suburban, California license plate 3ROH824**

[as more fully described in ATTACHMENT A]

in the Southern District of California there is now concealed a certain property, namely:

SEE ATTACHMENT B

The application and affidavit in support of this search warrant, although not attached, are specifically incorporated herein by reference. I am satisfied that the affidavit establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___4/11/08___
                                                    Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search in the daytime-6:00 a.m. to 10:00 p.m., and if the property be found there to seize same, leaving a copy of this warrant, attachments, and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to ___William McCurine, Jr.___ as required by law.
                                U.S. Magistrate Judge

March 28, 2008, at __0945__ __a__.m., at San Diego, California;

William McCurine, Jr., U. S. Magistrate Judge,      _____
                                                     Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/28/08 | 3/28/08 10:30 AM | Brian MAYNARD |

**INVENTORY MADE IN THE PRESENCE OF**
RAC Shawn Hogan

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See attached four page document

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*/s/ Matthew R____*

Subscribed, sworn to, and returned before me this date.

*/s/ W. McCurine Jr.*     4/10/08
U.S. Judge ~~or Magistrate~~     Date

## SEARCH WARRANT '08MJ0954 RETURN

Item 1: one Glock, model 35, .45 caliber, pistol, serial number CKD534US
Item 2: 19 rounds Aquila .45 ammunition
Item 3: two Glock model 30, .45 caliber magazines
Item 4: Smith and Wesson, model 940, 9mm, revolver, serial number BKY9750
Item 5: fifteen rounds FC 9mm Luger ammunition with three speed loaders from Item 4
Item 6: Kahr Arms, model PM9, 9mm, serial number VC7683
Item 7: twelve rounds FC 9mm Luger ammunition with two magazines from Item 6
Item 8: 11 ¼" black homemade suppressor (not registered in NFRTR)
Item 9: 11 ½" black homemade suppressor (not registered in NFRTR)
Item 10: four thread sets for Items 8 and 9 (suppressors)
Item 11: one Heckler and Koch, model MP5K, 9x19mm, machinegun, serial number 11475 (registered to U.S. Army in NFRTR)
Item 12: one Pelican case that contains 30 MP5 magazines, one Surefire light, two batteries for light, assorted MP5 parts, RSA scope manuals and one green sling
Item 13: RSA scope (from MAYNARD's fanny pack)
Item 14: one R/M Equipment, model M-203PI, 40mm, grenade launcher, serial number C12923 (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 15: one US Machine Gun, model M249, 5.56mm, machine gun, serial number C06791 with bipod (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 16: one FN, model USM240B, 7.62mm, machine gun, serial number C10985 with bipod (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 17: one Israeli Military Industries, Galil Sporter, .223 caliber, rifle, serial number 97138047 with sling
Item 18: one Colt, AR-15, model XM16E1, 5.56mm, machine gun, serial number 623548 with sling (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 19: one Colt, AR-15, model XM16E1, 5.56mm, machine gun, serial number 618887 with sling (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 20: one Rock Island Armory, model XM15A1, 5.56mm, machine gun, serial number 01419 with sling (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 21: Armscorp USA Inc., model T48, .308 caliber, machine gun, serial number 10392 with sling, magazine firing component (not registered in the NFRTR)
Item 22: one Mossberg, model 500AB, 12 gauge, shotgun, serial number D60445
Item 23: one Colt, AR-15, model SP1, .223 caliber, machine gun (with drop-in autosear #075), serial number SP200618 with sling (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 24: one Colt, AR-15, model XM16E1, 5.56mm, machine gun, serial number 689577 with sling (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 25: one Colt, AR-15, model SP1, .223 caliber, machine gun (with drop-in autosear #064), serial number SP56617 (registered to Bob Gibbons and Son, Inc. in the NFRTR)
Item 26: one valid US Passport issued to Brian Flournoy MAYNARD, #431657691
Item 27: one expired U.S. Passport issued to Brian Flournoy MAYNARD, #036253369
Item 28: Citigroup Smith Barney statement for account number 186-15138-18 537 in the name of Brian F. MAYNARD dated January 31, 2008 that shows an account value of $205,206.74
Item 29: 2007 IRS Form 1099-MISC issued to Brian F. MAYNARD from Strategic Operations, Inc. in the amount of $5,840.00

# SEARCH WARRANT '08MJ0954 RETURN

Item 30: 2007 IRS Form W-2 issued to Brian MAYNARD from Crazy Girls Undercover, LLC in the amount of $596.25

Item 31: Wells Fargo statement for account number 655-3519247 issued to Brian F. MAYNARD dated February 29, 2008 that shows an account value of $2,285.00

Item 32: 2007 National City Bank Form 1099-INT issued to Brian F. MAYNARD from for account number 34-6815314 in the amount of $536.50

Item 33: Wachovia Securities 2007 FORMS 1099 issued to Brian F. MAYNARD for account number 55499080

Item 34: Wachovia Securities 2007 FORM 1099-R issued to Brian F. MAYNARD for account number 58305663 in the amount of $1,121.02

Item 35: 2007 John Hancock Annual Portfolio Review issued to Brian F. MAYNARD for account number 2470977 that shows an account value of $89,087.56

Item 36: 2007 IRS Form W-2 issued to Brian F. MAYNARD from Contract Services Administration Trust Fund in the amount of $300.00

Item 37: Wachovia Securities statement for account number 5549-9080 in the name of Brian F. MAYNARD dated February 29, 2008 that shows an account value of $13,807.26

Item 38: Wells Fargo Account Statement for account number 599-2641588 issued to Brian F. MAYNARD dated February 29, 2008 that shows an account value of $26,451.09

Item 39: IATSE Platinum Master Card bills issued to Brian F. MAYNARD, account number 5467-0200-0761-4939

Item 40: AOPA Bank of American bills issued to Brian F. MAYNARD, account number 4264-2804-2618-3803

Item 41: 2007 IRS Form W-2 issued to Brian F. MAYBARD from WB Studio Enterprises, Inc. in the amount of $717.75

Item 42: California Department of Motor Vehicles (DMV) registration for MAYNARD's 1986 Chevrolet Suburban, license plate 3ROH824

Item 43: Wachovia Securities statement for account number 5830-5663 in the name of Brian F. MAYNARD dated February 29, 2008 that shows an account value of $17,381.80

Item 44: one Warner Brothers Studio Facilities Employee Statement issued to Brian F. MAYNARD

Item 45: three Entertainment Partners payment receipts issued to Brian F. MAYNARD

Item 46: one Strategic Operations, Inc. Invoice for payment issued to Brian F. MAYNARD

Item 47: one Strategic Operations, Inc. Earnings Statement issued to Brain MAYNARD

Item 48: seven Gibbons, Ltd. Earnings Statements issued to Brian MAYNARD

Item 49: four Wells Fargo Bank Transaction Record receipts for MAYNARD's account that ends in 9247

Item 50: one green Mead memo booklet that contained handwritten notes regarding firearms

Item 51: one blue Norcom memo booklet that contained handwritten notes regarding firearms

Item 52: Shot Show identification badge for Brian MAYNARD c/o Tom Bender Props/Fx, Van Nuys, CA

**SEARCH WARRANT '08MJ0954 RETURN**

Item 53: documents related to MAYNARD and Strategic Operations for MAYNARD's employment that was scheduled until March 30, 2008
Item 54: Western Studio Service, Inc. invoice for rental of spot #111 @ 805 dated September 11, 2007
Item 55: Folio Receipt issued to Brian MAYNARD c/o Stu Segall Productions by ESA San Diego dated March 10, 2008 for lodging beginning on February 25, 2008 until March 10, 2008
Item 56: NFA paperwork for Bob Gibbons and Son, Inc.
Item 57: Gibbons Limited rental agreements for Rental Number 12025 – Strategic Operations, Incorporated STOP PROJECTS ending on March 31, 2008
Item 58: Gibbons Limited rental agreements for Rental Number 11918 – Strategic Operations, Incorporated STOP PROJECTS ending on March 3, 2008
Item 59: Gibbons Limited rental agreements for Rental Number 12024 – Strategic Operations, Incorporated STOP PROJECTS ending on March 26, 2008
Item 60: Gibbons Limited rental agreements for Rental Number 12024 – Strategic Operations, Incorporated STOP PROJECTS ending on March 26, 2008
Item 61: one white Staples tablet containing numerous handwritten notes regarding firearms
Item 62: one yellow Office Depot tablet containing numerous handwritten notes regarding firearms
Item 63: documents and permits from California Department of Justice (CADOJ) regarding MAYNARD's possession of machine guns, destructive devices, short-barreled rifles/shotguns and assault weapon/.50 BMG rifles
Item 64: documents and copies of licenses related to firearms held by Bob Gibbons and Son, Inc.
Item 65: one page from MAYNARD's day planner that identifies Wells Fargo bank account number 599-2641679
Item 66: two pages from MAYNARD's day planner that itemizes firearms by manufacturer, model, caliber and serial number
Item 67: one page from MAYNARD's day planner that identifies "Jonathan's Weapons"
Item 68: copy of one Federal Firearms License, license number 4-61-185-01-9H-97209 for G&K Sporting Goods, 7412 Old Coach Road, Crestwood, Kentucky 40014
Item 69: four Moneygram Payment Systems, Inc. money order receipts issued on October 28, 2007 that total $1,900.00
Item 70: two Wells Fargo checkbooks in the name of Brian MAYNARD that contain carbon copies of payment for storage locations
Item 71: 4969 rounds of assorted ammunition in nine green ammunition cans
Item 72: US DOT – FAA Pilot's License, certificate number 2743791
Item 73: one black plastic tool box that contained numerous tools used for gunsmithing
Item 74: One 1986 Chevrolet Suburban, VIN:1G8GK26M1GF17915, California license plate 3ROH824

**SEARCH WARRANT '08MJ0954 RETURN**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____
MATTHEW W. BEALS
Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, in San Diego, California, on April 10, 2008.

_____
William McCurine, Junior
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTIONS OF THINGS TO BE SEARCHED

**The Vehicle**

One 1986 Chevrolet Suburban, California license plate 3ROH824

**The Vehicle's Physical Description**

One gray/black 1986 Chevrolet Suburban, California license plate 3ROH824 which is parked next to the NCIS building at MCAS Miramar

# ATTACHMENT B
## DESCRIPTION OF EVIDENCE TO BE SEIZED

**FIREARMS**

Any and all firearms or ammunition located in the vehicle, as well as other items pertaining to the possession of firearms, which include parts, accessories and photographs of firearms or of persons in possession of firearms.

**RECORDS/DOCUMENTS**

Any and all books, records, documents or photographs that pertain to firearms, transactions for firearms, finances or establish the persons who have dominion and control over the property and vehicle searched.

**VEHICLES**

One 1986 Chevrolet Suburban, California license plate 3ROH824

And other instrumentalities and evidence of violations of Title 26, United States Code, Section 5861(d) as demonstrated in this attached affidavit.

Attachment B – page 1 of 1